UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRAVONTAE BEASLEY,

     Plaintiff,

                                    Case No. 1:25-cv-146

v.

                                    Hon. Hala Y. Jarbou

KENNETH POWELL,

     Defendant.

_____/

## ORDER

On March 15, 2026, Magistrate Judge Sally J. Berens issued a Report and Recommendation (R&R) that the Court grant Defendant Powell's motion to dismiss the case for lack of prosecution (R&R, ECF No. 39).  The R&R was duly served on the parties.  No objections have been filed, and the deadline for doing has expired.  On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.  Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 39) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Powell's motion to dismiss (ECF No. 25) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Court declines to certify that an appeal would not be taken in good faith.  28 U.S.C. § 1915(a)(3).

A judgment will issue in accordance with this order.

Dated: July 1, 2026                           /s/ Hala Y. Jarbou
                                            HALA Y. JARBOU
                                            CHIEF UNITED STATES DISTRICT JUDGE